**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CALVIN STEVE MITCHELL AND CATHY MITCHELL** | * * * | **CIVIL ACTION NO.: 2:22-CV-1388** |
| **VERSUS** | * * | **JUDGE: HON. JAMES D. CAIN, JR.** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * * | **MAGISTRATE JUDGE KATHLEEN KAY** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JUDGMENT

Considering the foregoing:

IT IS ORDERED that the above numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 16th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE